MATTHEW S. FOY (SBN: 187238)
mfoy@grsm.com
DIANNE J. MECONIS  (SBN:  120895)
dmeconis@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Plaintiff and Counter-Defendant
STATE FARM FIRE AND CASUALTY COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DRAKE REAL ESTATE GROUP, a California Corporation, et al.,<br><br>Defendants. | Case No. 2:22-cv-08776-JLS-MRW<br><br>[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER<br><br>*Hon.  Josephine L. Staton*<br><br>*Mag.  Michael R. Wilner*<br><br>Complaint Filed:  December 2, 2022 |
| DRAKE REAL ESTATE GROUP, a California Corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation,<br><br>Counter-Defendant. | |

[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

AND NOW, upon consideration of the foregoing Stipulated Protective Order and good cause appearing, the Court hereby approves the foregoing Stipulated Protective Order.

**IT IS SO ORDERED.**

DATED:   4/28/2023

_____

HON. MICHAEL R. WILNER
United States Magistrate Judge