# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-8776 JLS (MRWx) | Date | January 31, 2024 |
|---|---|---|---|
| Title | State Farm v. DREG | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
|---|---|

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff: | Attorneys for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   ORDER TO SHOW CAUSE

    1.    Plaintiff filed a discovery motion that is not in the joint format mandated under the Local Rules. (Docket # 92.) The motion is accompanied by a statement that indicates that Defendant did not provide its portion of the joint motion before the moving party filed it. (Docket # 92-2.) Moreover, although Ms. Meconis's declaration conveys a statement from defense counsel that they would provide or file their portion of the brief by January 30, a review of the docket shows no such submission.

    2.    A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Defendant is ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process <u>and</u> to submit a substantive response to the discovery motion by <u>February 5, at 12:00 p.m.</u> If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings. The Court will also award expenses to the moving party as required under Federal Rule of Civil Procedure 37(a)(5).

    3.    Note that, if Defendant ultimately files a compliant response, the Court may well require supplemental briefing from the parties regarding the actual scope of the discovery requested. A further video status conference may also be in the cards to discuss the chaotic nature of discovery to date.