## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-8776 JLS (MRWx) | Date | February 28, 2024 |
|---|---|---|---|
| Title | State Farm v. DREG | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
|---|---|

| Eddie Ramirez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff: | Attorneys for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   ORDER TO SHOW CAUSE RE: SANCTIONS

    1.   The Court held an in-person hearing on the motion to compel discovery from the defense regarding attorneys' fee issues.  Judge Wilner and State Farm's lawyer made it to the courthouse.  Mr. Schrieffer did not.  Although his colleague, Ms. Ho., participated in the hearing and assisted the Court, Mr. Schrieffer's absence materially hampered my understanding of the motion and the underlying issues.

    2.   Mr. Schrieffer is ORDERED to show cause why he should not be sanctioned personally for failing to appear at the federal hearing.  If, as Ms. Ho suggested, there were "traffic" issues that caused some sort of delay, Mr. Schrieffer will provide a detailed, sworn statement explaining how he attempted to commute to the courthouse today.

\* \* \*

    3.   The substance of the parties' positions and their plans for the litigation remain unclear to the Court.  Based on the discussion today, the parties are encouraged to speak with each other to determine whether they can provide each other with clarity on the attorney fee discovery issue.

    4.   If not, both sides will appear <u>in person</u> in Judge Wilner's courtroom on Monday, March 11, at 8 a.m. for an evidentiary hearing.  Drake will be prepared to provide Judge Wilner with (a) redacted and unredacted materials (for potential <u>in camera</u> review) related to the invoices produced to the insurer and (b) whatever additional textual material they intend to use at trial to support their claim for fees.  I'll attempt to evaluate whether that presentation is sufficient and proportional to the case under Federal Rule of Civil Procedure 26(b)(1).  I'll also consider whether to recommend to the assigned district judge that there be limitations placed on the parties' evidentiary submissions at trial.