# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation,<br><br>                    Plaintiff,<br><br>        vs.<br><br>DRAKE REAL ESTATE GROUP, a California Corporation, et al.,<br><br>                    Defendants. | Case No. 2:22-cv-08776-JLS-MRW<br><br>**JUDGMENT** |
| DRAKE REAL ESTATE GROUP, a California Corporation,<br><br>                    Counterclaimant,<br><br>        vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation,<br><br>                    Counter-Defendant. | |

As to Plaintiff and Counter-Defendant State Farm Fire and Casualty Company's ("State Farm's") Complaint for Declaratory Relief, Judgment is entered in favor of State Farm, as follows.

It is hereby **ADJUDGED AND DECREED** that State Farm does not, and never did, owe a duty to defend or indemnify Defendant and Counterclaimant Drake Real Estate Group ("DREG") or Defendant Christopher Charles Drake ("Drake") in connection with the claims alleged in the lawsuit titled *Wong Properties Limited Partnership v. Drake Real Estate Group et al.*, Los Angeles County Superior Court, Case No. 22STCV32887 ("the Underlying Lawsuit"), under Miscellaneous Errors and Omissions Liability Insurance Policy number PS0000007118700, issued by State Farm to defendant Drake Real Estate Group ("DREG") for the policy period June 9, 2022 to June 9, 2023 ("the Policy").

DREG shall take nothing on its Counterclaim and is not entitled to any non-monetary relief it seeks.

State Farm is entitled to its costs as provided by law.

**IT IS SO ORDERED**.

Dated: March 28, 2024

_____
HON. JOSEPHINE L. STATON
U.S. DISTRICT COURT JUDGE

2